# United States District Court
for the
## Southern District of New York
### Related Case Statement

---

#### Full Caption of Later Filed Case:

MAX FEDERMAN,

| Plaintiff | Case Number |
|---|---|
| vs. | |
| FITBIT, INC., JAMES PARK, ERIC N. FRIEDMAN, LAURA J. ALBER, MATTHEW BROMBERG, GLENDA FLANAGAN, BRADLEY M. FLUEGEL, STEVEN MURRAY, and CHRISTOPHER PAISLEY | |
| Defendant | |

#### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

GREGORY TESNAR,

| Plaintiff | Case Number |
|---|---|
| vs. | 19-cv-11247-AT |
| FITBIT, INC., JAMES PARK, ERIC N. FRIEDMAN, LAURA ALBER, MATTHEW BROMBERG, GLENDA FLANAGAN, BRADLEY M. FLUEGEL, STEVEN MURRAY, and CHRISTOPHER PAISLEY, | |
| Defendant | |

Status of Earlier Filed Case:

☐ Closed   (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open     (If so, set forth procedural status and summarize any court rulings.)

Complaint filed on 12/09/19. Case assigned to the Honorable Judge Analisa Torres.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The newly filed case is related to the earlier filed case for the following reasons:
(1) involves the same parties and is based on the same or similar claims;
(2) arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact; and
(3) is likely for other reasons to require substantial duplication of judicial resources if heard by different judges

Signature: _____   Date: 12/23/19

Firm: ZEMEL LAW, LLC
_____